[No. 21036-7-III.  Division Three.  October 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CYRUS N. PLUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-1-00214-4, Donald W. Schacht, J., entered March 12, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.

[No. 21046-4-III.  Division Three.  October 2, 2003.]

FRANK R. BROOKS, *Appellant*, v. THE CITY OF GRANDVIEW, *Defendant*, HUGH A. CARLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-01244-0, Michael W. Leavitt, J., entered March 22, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.

[No. 21202-5-III.  Division Three.  October 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND MALCOMB SMITH III, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00697-1, Carolyn A. Brown, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 21203-3-III.  Division Three.  October 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND MALCOMB SMITH III, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00790-0, Carolyn A. Brown, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.